IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DERRICK LAMONT MOORE,

                Plaintiff,

    v.

CHIEF ROBERT P. WEIER,
OFFICER ALAN SCHRANK and
MINERAL POINT POLICE DEPARTMENT,

                Defendants.

ORDER

11-cv-800-slc
_____

       In an order dated December 1, 2011, I directed plaintiff Derrick Moore, a inmate at the Dane County Jail in Madison, Wisconsin, to submit a full six-month inmate trust fund account statement so this court could determine whether he qualified to proceed *in forma pauperis* under 28 U.S.C. § 1915 on his civil proposed complaint. When he filed his complaint, plaintiff had originally submitted a transaction log covering just more than three months beginning July 25, 2011 and ending November 3, 2011. Now plaintiff has filed a letter stating that he is unable to provide a full six-month statement because he has only been in custody at the Dane County Jail since July 14, 2011. Since plaintiff has not been in custody the full six months prior to his filing of this lawsuit, I will calculate his initial partial filing fee using the time period that has been in custody prior to his filing of this lawsuit. However, plaintiff must supplement the trust found account information that he has already provided ti include the period between November 3, 2011 and November, 30, 2011. In addition, I will allow plaintiff an extension to time, to January 5, 2011, to submit this information.

ORDER

IT IS ORDERED that plaintiff may have until January 5, 2012, in which to submit a trust fund account statement for the period beginning approximately November 3, 2011 and ending approximately November 30, 2011.  If, by January 5, 2012, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily.  In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 13th day of December, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge