IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK LAMONT MOORE,

                Plaintiff,                JUDGMENT IN A CIVIL CASE

v.                                          11-cv-800-bbc

ROBERT WEIER, ALAN SCHRANK and
MINERAL POINT POLICE DEPARTMENT,

                Defendants.

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Derrick Lamont Moore leave to proceed on his claims and dismissing this case without prejudice.

_Peter Oppeneer_                5/9/12
Peter Oppeneer, Clerk of Court            Date